CV 08    3940

DECLARATION/AFFIVDAVIT

(PR)

FILED

AUG 18 2008 E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

I, JAMES SEEGARS, hereby declare:

I am a resident at Avenal State Prison, Avenal California, Kings County, and said petitioner before this Honorable United States District Court, Northern District of California;

That on June 20, 2008, petitioner received the enclosed documents from the California supreme Court, which specifically reflect that there are no pending post-conviction challenges pending in the state courts,and all rememdies are deemed exhausted.(See attached documents.)

I declare under penalty of perjury that the foregoing is true and correct, excuted this 30 day of July , 2008, at Avenal States Prison, Avenal, California.

James Seegars

DECLARANT

JAMES SEEGARS
PETITIONER AND APPELLANT
IN PRO PER

# E X H I B I T



MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO
—
NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000
—
☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

# Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

June 18, 2008

Mr. James Seegars   E-16635
Avenal State Prison    630-1-29L
P.O. Box 9
Avenal, CA  93204

Dear Mr. Seegars:

Enclosed, per your request, are copies of the orders on case numbers S140234 and S151564.  A docket listing is also attached to the respective order.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By:  I. Cahnoc, Deputy Clerk

Encls.

S140234

# IN THE SUPREME COURT OF CALIFORNIA
**En Banc**

SUPREME COURT
**FILED**

In re JAMES C. SEEGARS on Habeas Corpus

APR 2 5 2007

~~Frederick~~ K. Ohlrich Cler

Deputy

    The Director of the Department of Corrections and Rehabilitation is ordered to show cause before the Santa Clara County Superior Court, when the matter is placed on calendar, why petitioner is not entitled to the preparation of a free transcript of the habeas evidentiary hearing held in Case Number 121948 on May 9, 2003, May 23, 2003, June 9, 2003, and June 19, 2003. (*Gardner v. California* (1969) 393 U.S. 367.) The return is to be filed on or before May 25, 2007. In all other respects, the petition is denied without prejudice to the filing of an original petition for writ of habeas corpus, raising the same contentions and accompanied by the appropriate record. (*People v. Duvall* (1995) 9 Cal.4th 464, 474.)

|  |
|---|
| George |
| *Chief Justice* |
| Kennard |
| *Associate Justice* |
| Baxter |
| *Associate Justice* |
| Werdegar |
| *Associate Justice* |
| Chin |
| *Associate Justice* |
| Moreno |
| *Associate Justice* |
| Corrigan |
| *Associate Justice* |

# Supreme Court of California

## Docket Listing

| | |
|---|---|
| **Case Number:** | S140234 |
| **Current Status:** | closed |
| **Case Title:** | SEEGARS (JAMES C.) ON H.C. |
| **Start Date:** | 12/23/2005 |
| **Case Category:** | Original Proceeding - Habeas |

---

**Court of Appeals Case Information**

---

**Lower Court Case Information**

---

| Party Information | Attorneys |
|---|---|
| DEPARTMENT OF CORRECTIONS | ATTORNEY GENERAL - SAN FRANCISCO OFFICE |
| Non-Title Respondent | Associate Attorney |
| | 455 Golden Gate Avenue, Suite 11000 |
| | San Francisco, CA 94102-7004 |
| JAMES C. SEEGARS | [None] |
| Petitioner | |
| PO BOX 2500 | |
| VACAVILLE, CA 95696 | |

---

## Docket Events

| Date | Event |
|---|---|
| 12/23/2005 | Petition for writ of habeas corpus filed |
| | James C. Seegars, Petitioner, in pro per. Exhibits with original only. |
| 9/29/2006 | Informal response requested |
| | from S.F. A.G. Due 10/16. 20 days for reply. |
| 10/10/2006 | Request for extension of time filed |
| | 30 day extension to November 15, 2006, to file informal response. |
| 10/16/2006 | Extension of time granted |
| | On application of respondent and good cause appearing, it is ordered that the time to serve and file the informal response is extended to November 15, 2006. |
| 11/15/2006 | Informal response filed |
| | The People, respondent |
| | Christopher J. Wei, Deputy Attorney General |
| | with exhibits |
| 12/5/2006 | Reply to informal response filed |
| | James Seegars, petitioner |
| 4/25/2007 | OSC issued, returnable in Superior Court |
| | The Director of the Department of Corrections and Rehabilitation is ordered to show cause before the Santa Clara County Superior Court, when the matter is |

SEEGARS (JAMES C.) ON HC

S140234

Case 4:08-cv-0394S-CW  Document 2  Filed 08/18/2008   Page 6 of 9

**Supreme Court of California**

**Docket Listing**

6/18/2008

Page 2 of 2

placed on calendar, why petitioner is not entitled to the
preparation of a free transcript of the habeas evidentiary hearing
held in Case Number 121948 on May
9, 2003, May 23, 2003, June 9, 2003, and June 19, 2003.
(Gardner v. California (1969) 393 U.S. 367.)  The return is to be
filed on or before May 25, 2007.  In all
other respects, the petition is denied without prejudice to the
filing of an original petition for writ of habeas corpus, raising the
same contentions and accompanied
by the appropriate record.  (People v. Duvall (1995) 9 Cal.4th
464, 474.)
Votes:  George, C.J., Kennard, Baxter, Werdegar, Chin, Moreno,
and Corrigan, JJ.

S151564

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re JAMES SEEGARS on Habeas Corpus

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

MAY - **9** 2007

Frederick K. Ohlrich Clerk

Deputy

GEORGE, C. J.

Chief Justice

# Supreme Court of California

S151564

## Docket Listing

Page 1 of 1

| | |
|---|---|
| **Case Number:** | S151564 |
| **Current Status:** | closed |
| **Case Title:** | SEEGARS (JAMES) ON H.C. |
| **Start Date:** | 4/5/2007 |
| **Case Category:** | Original Proceeding - Habeas |

---

## Court of Appeals Case Information

---

## Lower Court Case Information

---

## Party Information

**JAMES SEEGARS**
Petitioner
P.O. Box 2500
Vacaville, CA 95696

## Attorneys

[None]

---

## Docket Events

| **Date** | **Event** |
|---|---|
| 4/5/2007 | Petition for writ of habeas corpus filed |
| | James Seegars, petitioner in pro per |
| 5/9/2007 | Petition for writ of habeas corpus denied |

STATE OF CALIFORNIA )                     PROOF OF SERVICE BY

COUNTY OF   KING                          PERSON IN STATE CUSTODY

I,   JAMES SEEGARS          , the undersigned, certify and do declare that I am over the

age of 18 years, incarcerated at   AVENAL STATE PRISON   , located at Avenal, California

and a party to the attached foregoing cause of action. On ____JULY 30 , 2008         ,I did

serve true copy of: ___           DECLARATION/AFFIVDAVIT

[ ] by depositing it in a prison mail box in a sealed envelope, or [X] by handing it to institutional

staff in a sealed enveloped, along [X] with Inmate Trust Withdrawal Order Form attached to it

requesting that postage be fully prepaid, or [ ] with postage affixed thereto for deposit in the

United States Mail pursuant to California Code of Regulations Sections 3142 and 3165,

addressed to the following:

UNITED STATE DISTRICT COURT          ATTORNEY GENERAL OFFICE
NORTHERN DISTRICT OF CALIFORNIA      JERRY BROWN, et.al.
450 GOLDEN GATE AVENUE.              455 GOLDEN GATE AVENUE,STE.#11000
SAN FRANCISCO, CA. 94102             San Francisco, ca.94102-3364

Intended place of mailing: US Post Office, at Avenal, California.

I further declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, and belief. Executed on  JULY 30 ,  2008          ,

PETITIONER/DECLARANT IN PRO PER