FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

James Seegars,
    Plaintiff,

v.

James D. Hartley,
    Defendant.
_____/

CV 08    CASE NO. 3940

PRISONER'S
IN FORMA PAUPERIS
APPLICATION     (PR)

E-filing

I, __James Seegars__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?     Yes ☐ No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____     Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____
_____

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or       Yes ___ No ✓
        self employment
    b.  Income from stocks, bonds,    Yes ___ No ✓
        or royalties?

JUL 31 2008

1

    c.    Rent payments?    Yes ___ No ✓

    d.    Pensions, annuities, or    Yes ___ No ✓
          life insurance payments?

    e.    Federal or State welfare payments,    Yes ___ No ✓
          Social Security or other govern-
          ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No ___

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____

_____

5.    Do you own or are you buying a home?    Yes ___ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No ✓

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/27/08    *Clawes Deegurs*
DATE          SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  SEEGARS, JAMES CHARLES  for the last six months at
[prisoner name]
E16635
CDC AVENAL STATE PRISON  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 78.31  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 232.68 .

Dated: 07-31-08

_____
Authorized officer of the institution
SENIOR ACCOUNT CLERK II

5

```
REPORT ID: TS3030  .701                              REPORT DATE: 07/31/08
                                                     PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                              AVENAL STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 31, 2008 THRU JUL. 31, 2008

ACCOUNT NUMBER : E16635              BED/CELL NUMBER: 630 1 00000029L
ACCOUNT NAME   : SEEGARS, JAMES CHARLES    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION     COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  --------------- ----------  ---------  ---------  -----------   --------

01/31/2008   BEGINNING BALANCE                                                   0.00

02/20 D340 EFT DEPOSIT     703661JPAY                 75.00                     75.00
02/20 D340 EFT DEPOSIT     703661JPAY                100.01                    175.01
02/21 FC06 DRAW-FAC 6      6CD3703689                            90.00          85.01
03/04 D320 TRUST FUNDS T   703827COR                 510.91                    595.92
03/07 D340 EFT DEPOSIT     3898JPAY                   75.00                    670.92
03/12 W502 POSTAGE CHARG   703978POST                             8.61         662.31
03/12 W502 POSTAGE CHARG   703978POST                            16.17         646.14
03/12 W502 POSTAGE CHARG   703978POST                             4.50         641.64
03/13 FC06 DRAW-FAC 6      6CD2704010                           180.00         461.64
03/18 D320 TRUST FUNDS T   704055COR                 180.00                    641.64
04/08*D340 EFT DEPOSIT     4358JPAY                   40.00                    681.64
04/10 FC06 DRAW-FAC 6      6CD2704406                           180.00         501.64
04/15 W415 CASH WITHDRAW   4465 FSO    155170909                400.00         101.64
05/01 D340 EFT DEPOSIT     704706JPAY                 50.00                    151.64
05/13 D340 EFT DEPOSIT     4872JPAY                   30.00                    181.64
05/14 D340 EFT DEPOSIT     704906JPAY                 35.00                    216.64
05/15 FC06 DRAW-FAC 6      6CD2/4923                            180.00          36.64
06/06 D340 EFT DEPOSIT     5220JPAY                   50.00                     86.64
06/10 D340 EFT DEPOSIT     705255JPAY                120.00                    206.64
06/12*FC06 DRAW-FAC 6      6CD2705310                           180.00          26.64
07/03*D340 EFT DEPOSIT     800066JPAY                100.00                    126.64
07/10 D340 EFT DEPOSIT     800174JPAY                 50.00                    176.64
07/14 D340 EFT DEPOSIT     800233JPAY                 30.00                    206.64
07/15 W516 LEGAL COPY CH   0255/LECO                             30.00         176.64
07/17 FC06 DRAW-FAC 6      6CD2800306                           176.64           0.00

                              TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL         TOTAL        CURRENT       HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
 ---------   ----------   -----------   -----------   ---------    --------------
     0.00     1,445.92      1,445.92         0.00        0.00            0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                            -----------
                                                 0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY 
TRUST OFFICE